UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL JOHNSON, STUART HEBB, RICHARD HYDE, SANDY TARR; VICTORIA MELE; BEKKI SCHENKER, PATRICK KENNEDY, NICK HARVEY and SHAWN McKENNA (Class Representatives), et al., | : | |
| Plaintiffs, | : | C.A. NO. ______________ |
| v. | : | |
| ENBRIDGE, INC. and NATIONAL GRID USA, et al., | : | |
| Defendants. | : | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332(d), and 1446(a), Defendants The Narragansett Electric Company d/b/a National Grid ("Narragansett"), National Grid LNG, LLC ("NGLNG"), National Grid USA Service Company, Inc. (the "Service Company"), and National Grid USA ("National Grid")[1] remove this action, which Plaintiffs commenced in the Superior Court for the County of Newport for the State of Rhode Island ("Newport County Superior Court"), to this Court. In support of this Notice of Removal, Defendants state on knowledge, information and belief:

**Removal Is Timely**

1. Plaintiffs served Narraganset, NGLNG, and the Service Company with a copy of Plaintiffs' Amended Complaint on November 19, 2019. The Amended Complaint is attached as Exhibit 1.

[1] By removing this action to federal court, National Grid does not waive its right to contest this Court's jurisdiction over it.

2. Plaintiffs served National Grid with a copy of Plaintiffs' Amended Complaint on November 27, 2019.

3. Defendants have filed this Notice of Removal with this Court within thirty (30) days of their receipt of the Amended Complaint, as provided by 28 U.S.C. § 1446(b).

**The Class Has More Than 100 Members**

4. Plaintiffs allege in the Amended Complaint that the Plaintiff class is at least in excess of almost 5,400 individuals. See Amended Complaint in Exhibit 1, ¶ 52.

5. The alleged number of members of all proposed plaintiff classes in the aggregate is therefore over 100, as required by 28 U.S.C. § 1332(d)(5)(B).

**The Parties are Minimally Diverse**

6. Plaintiffs allege in the Amended Complaint that Defendant Enbridge is a Canadian Company based in Calgary, Alberta doing business in the United States through its subsidiaries Enbridge US, located in Texas. *See* Amended Complaint in Exhibit 1, ¶ 15 ("Enbridge, Inc. is a Canadian multinational energy transportation company based in Calgary, Alberta . . . with a principal place of business in Canada . . .").

7. Plaintiffs allege in the Amended Complaint that Defendant Algonquin Gas Transmission Company ("AGT") is a Delaware Corporation located in Texas. *See* Amended Complaint in Exhibit 1, ¶ 16 ("Algonquin Gas Transmission Company ("AGT") is a Delaware Corporation located at 5400 Westheimer Court, Houston, Texas 77056, registered as a Massachusetts Foreign Corporation doing business at 1284 Soldiers Field Road, Boston, Massachusetts, 02110…").

8. Plaintiffs allege in the Amended Complaint that Defendant the Service Company is a foreign corporation believed to be organized under the laws of the Commonwealth of

Massachusetts and headquartered in Waltham, MA. *See* Amended Complaint in Exhibit 1, ¶ 13 ("National Grid USA Service Company, Inc. . . . is a foreign corporation believed to be organized under the laws of the Commonwealth of Massachusetts and is headquartered at 40 Sylvan Road, Waltham, MA 02451 . . .").

9. Plaintiffs allege in the Amended Complaint that Defendant National Grid, plc is a multinational corporation with headquarters in Warwick, United Kingdom. *See* Amended Complaint in Exhibit 1, ¶ 11 ("National Grid, plc is a multinational gas and electricity utility company headquartered in Warwick, United Kingdom.").

10. Accordingly, the allegations in the Amended Complaint establish minimal diversity through the four Defendants and Plaintiffs referenced above pursuant to 28 U.S.C. § 1332(d)(2)(A), which requires only that any member of a class of plaintiffs is a citizen of a State different from any defendant.

**The Amount in Controversy Exceeds $5 Million**

11. The Amended Complaint alleges that Plaintiffs suffered damages from a gas outage that lasted approximately one week. *See* Amended Complaint in Exhibit 1, ¶ 37.

12. Plaintiffs have claimed that they suffered: (1) loss of income, earnings, and/or profits; (2) real property damage; (3) personal property damage; (4) evacuation damage; and (5) inconvenience damage. *Id.* at ¶ 43.

13. Based on the nature of the damages in Plaintiffs' allegations, Defendants reasonably infer that Plaintiff's seek at least $1,000 in damages, on average, for each of the at least 5,400 class members, for a total damages claim in excess of $5 million, satisfying the amount in controversy requirement set forth in § 1332(d)(2).

**All Procedural Requirements Have Been Met**

14. Pursuant to 28 U.S.C. § 1446(a), Defendants represent that they have received only copies of the Summons and Amended Complaint. Defendants have not received any other process, pleadings, motions or orders in this action. Copies of the Summons and Complaint are attached as Exhibit 1.

15. Pursuant to 28 U.S.C. § 1446(d), Defendants will serve a copy of this Notice of Removal on Plaintiffs promptly and will file a copy of this Notice of Removal with the Clerk of the Newport County Superior Court to effect removal of this action to the United States District Court for the District of Rhode Island.

16. Pursuant to the Local Rules of this Court, LR Cv 81(a), within fourteen (14) days after filing this Notice of Removal, Defendants will do what is necessary to enable the Clerk of the Newport County Superior Court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case.

17. Accordingly, removal is proper under 28 U.S.C. §§ 1332(d), and 1446(a).

**Non-Waiver of Defenses**

18. By removing this action from State Court, Defendants do not waive any defenses available to them.

19. By removing this action from State Court, Defendants do not admit any of the allegations in Plaintiffs' Amended Complaint.

THEREFORE, having established all requirements for removal, Defendants hereby remove this case to the United States District Court for the District of Rhode Island.

Dated: December 6, 2019

THE NARRAGANSETT ELECTRIC COMPANY D/B/A NATIONAL GRID

By its Attorneys,

*/s/ Gerald J. Petros*

Gerald J. Petros (#2931)
David A. Wollin (#4950)
Adam M. Ramos (#7591)
Amanda A. Garganese (#9656)
Hinckley Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, RI 02903-2319
T: (401) 274-2000
F: (401) 277-9600
gpetros@hinckleyallen.com
aramos@hinckleyallen.com

NATIONAL GRID USA SERVICE COMPANY, INC.

By its Attorneys,

*/s/ Gerald J. Petros*

Gerald J. Petros (#2931)
David A. Wollin (#4950)
Adam M. Ramos (#7591)
Amanda A. Garganese (#9656)
Hinckley Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, RI 02903-2319
T: (401) 274-2000
F: (401) 277-9600
gpetros@hinckleyallen.com
aramos@hinckleyallen.com

NATIONAL GRID LNG, LLC

By its Attorneys,

*/s/ Gerald J. Petros*

Gerald J. Petros (#2931)
David A. Wollin (#4950)
Adam M. Ramos (#7591)
Amanda A. Garganese (#9656)
Hinckley Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, RI 02903-2319
T: (401) 274-2000
F: (401) 277-9600
gpetros@hinckleyallen.com
aramos@hinckleyallen.com

NATIONAL GRID USA

By its Attorneys,

*/s/ Gerald J. Petros*

Gerald J. Petros (#2931)
David A. Wollin (#4950)
Adam M. Ramos (#7591)
Amanda A. Garganese (#9656)
Hinckley Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, RI 02903-2319
T: (401) 274-2000
F: (401) 277-9600
gpetros@hinckleyallen.com
aramos@hinckleyallen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

A copy of the foregoing was served via first class mail, postage prepaid, upon:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
311 Pine Street
Fall River, MA 02720
T: (508) 675-9500
F: (508) 679-6360
E-mail: brian@briancunha.com

*/s/ Gerald J. Petros*