UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BHK REALTY, LLC, THE PALE, LLC D/B/A BUSKERS PUB and THE BODHI SPA, LLC on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NARRAGANSETT ELECTRIC COMPANY d/b/a NATIONAL GRID, NATIONAL GRID LNG LLC and ALGONQUIN GAS TRANSMISSION, LLC,<br><br>Defendants. | C.A. No. 1:19-cv-00642-JJM-LDA |
| RICHARD HYDE, SEAN McKENNA on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NARRAGANSETT ELECTRIC COMPANY d/b/a NATIONAL GRID, NATIONAL GRID LNG LLC and ALGONQUIN GAS TRANSMISSION, LLC,<br><br>Defendants. | C.A. No. 1:19-cv-00643-JJM-LDA |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiffs, on behalf of all others similarly situated ("Plaintiffs"), by and through their counsel, in accordance with Rule 23(e) of the Federal Rules of Civil Procedure, hereby move for

1

preliminary approval of the class action settlement. Defendants do not oppose this Motion. In support, Plaintiffs state the following:

1. Plaintiffs brought these actions alleging that Defendants' negligently caused the interruption of the supply of natural gas in breach of their alleged duties to natural gas customers in Middletown and Newport, Rhode Island on January 21, 2019 resulting in the loss of the normal use of their property due to the loss of heat and hot water over several days. Defendants dispute these allegations and deny liability.

2. After extensive litigation, lengthy discovery, and protracted arm's-length negotiations, with the assistance of a national mediator, Plaintiffs and Defendants (together, the "Settling Parties") reached a settlement that provides meaningful monetary relief to Class Members.

3. The Settlement Class includes approximately 7,000 customers who resided in their homes or dwellings or operated businesses on January 21, 2019, whose natural gas supply was interrupted, except certain individual Defendants identified in the Settlement Agreement.

4. The Settlement Agreement is fundamentally fair, adequate, and reasonable in light of the circumstances of the litigation. *See* Cunha Decl. Preliminary approval of the Settlement is in the best interests of the Class Members. In return for a release of the Class Representatives' and Class Members' claims, the Defendants have agreed to pay a sum of $1,946,712 into a Settlement Fund.

5. The first step in approving any proposed settlement in a class action is preliminary approval. **Manual for Complex Litigation, Fourth, §21.632, at 320**–21 (Fed. Jud. Ctr. 2004). At this stage, the Court reviews the proposed settlement to determine whether it is sufficient to warrant class notice and a hearing. Id.

6. The Settlement Agreement reached between and among the Settling Parties more than satisfies this standard and is clearly sufficient to warrant being preliminarily approved by the Court. Preliminary approval will not foreclose interested persons from objecting to the Settlement Agreement and thereby presenting dissenting viewpoints to the Court.

7. Separately, Plaintiffs submit to the Court a Memorandum in Support of this Motion for Preliminary Approval, as well the Declaration of Class Counsel, (Brian R. Cunha).

8. In accordance with this Motion, Plaintiffs request the following:
- That the Court enter an Order granting preliminary approval of the Settlement Agreement;
- That the Court order any interested party to file any objections to the Settlement Agreement within the time limit set by the Court, with supporting documentation, that such objections, if any, be served on counsel as set forth in the proposed Preliminary Approval Order and Class Notice, and permit the Settling Parties the right to limited discovery from any objector as provided for in the proposed Preliminary Approval Order;
- That the Court schedule a Fairness Hearing for the purpose of receiving evidence, argument, and any objections relating to the Settlement Agreement.
- That following the Fairness Hearing, the Court enter an Order granting final approval of the Settlement and dismissing the Fourth and Fifth Amended Complaints with prejudice in the above-captioned actions, respectively.

        Plaintiffs,
By their attorneys,
BRIAN CUNHA & ASSOCIATES, P.C.

*/s/ Brian R. Cunha*

_____
Brian R. Cunha, Esq.
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360
R.I.#4074
Brian@briancunha.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of February 2024, I served this document to all counsel of record through electronic mail:

Adam M. Ramos, Esq.
Hinckley Allen & Snyder, LLP
100 Westminster Street, Suite 1500
Providence, RI 02903-2319
aramos@hinckleyallen.com

Robert M. Duffy, Esq.
Duffy & Sweeney, Ltd.
321 South Main Street, 4th Floor
Providence, RI 02903
rduffy@duffysweeney.com

        */s/ Brian R. Cunha*

        _____